GEORGE H. JACKSON, Appellant, v. THE EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., Respondent.*— Judgment affirmed, with costs. No opinion. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote to reverse. [139 Misc. 686.]

PHILIP JUNG, Respondent, v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant. (Appeal No. 1.) — Order denying defendant's motion for an examination of the plaintiff before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; examination to proceed on five days' notice at the place stated in the notice of motion. The examination sought concerns matters that relate to defenses the validity of which is not challenged. The defendant, therefore, was entitled to the examination sought respecting the matter specified in support of its allegations in the answer. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

PHILIP JUNG, Respondent, v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant. (Appeal No. 2.) — Order, in so far as it granted plaintiff's motion to strike from defendant's answer the ninth separate defense, the first partial defense and the first counterclaim, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, without costs, with leave to plaintiff to reply to the counterclaim within ten days from the entry of the order herein. The ninth separate defense and the first partial defense are valid. (Morris v. Windsor Trust Co., 213 N. Y. 27–31; Toplitz v. Bauer, 161 id. 325, 332; Gillet v. Bank of America, 160 id. 549, 560; Matter of Clark, 257 id. 132; King v. Talbot, 40 id. 76.) The first counterclaim is sufficient in law. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

IRVIN J. C. LESTER, Respondent, v. MURRAY J. HELLER and ISADORE P. HELLER, Appellants.— Order and judgment entered thereon affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper and Scudder, JJ., concur; Lazansky, P. J., and Tompkins, J., dissent.

JOSEPH LUNTZ, Respondent, v. HERBAL FLAXOLYN CORPORATION and THE KELLS COMPANY, Appellants.— Order modified by striking therefrom (b) of the 11th paragraph, found at folio 24; 3 and 4 of the same 11th paragraph, appearing at folio 26; and (b) at folio 27; also all of (b) of the 4th paragraph of the order after the word " cause " in the 4th line from the top of page 7 of the papers on appeal. As modified the order in so far as appealed from is affirmed, without costs; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.